# Exhibit A

August 8, 2018

Mr. Peter Strzok


Dear Mr. Strzok,

    I have reviewed the decision of Assistant Director (AD), Office of Professional Responsibility (OPR) following your appeal which proposed a 60 day suspension and demotion. I reviewed the relevant material to include the AD's letter proposing you for dismissal and many of the text messages between you and Lisa Page. I considered the Douglas Factors drafted by the AD of the Counterintelligence Division, your role as one of the most senior counterintelligence agents in the FBI, and finally I considered the long term damage to the reputation of the FBI. While there is no doubt your 21 years of service to the organization cannot and should not be erased, it is difficult to fathom the repeated, sustained errors of judgement you made while serving as the lead agent in two of the most high profile investigations in the country.

    As an organization we are entrusted to investigate high level public officials, regardless of party affiliation. If we ourselves show personal bias or demonstrate a lack of objectivity, that trust can be lost. Our ability to be objective, no matter which party, candidate, or officeholder is in power, must be beyond question. Candidates and office holders will come and go, but the FBI must be steadfast in its resolve to find the truth, regardless of our own personal leanings or beliefs. Though the Office of the Inspector General found no evidence of bias impacted any of your or the FBI's investigative actions or decisions, your sustained pattern of bad judgement in the use of an FBI device has called into question for many the decisions made during both the Clinton e-mail investigation and the initial states of the Russian Collusion investigation. In short, your repeated selfishness has called into question the credibility of the entire FBI.

    As I considered all the known facts associated with the adjudication of your case it was difficult to imagine another incident like yours which brought so much discredit to the organization. In my 23 years in the FBI, I have not seen a more impactful series of missteps which called into question the entire organization and more thoroughly damaged the reputation of the organization. In our role as FBI employees we sometimes make unpopular decisions, but the public should be able to examine our work and not have to question our motives.

FBI0006909

Page 2

In your adjudication, I removed all the politics, pundits, commentary, and the media from reporting the decision point which I must address. When I strip away all the "noise," I am left with the facts and extremely damaging impact to the organization, which will take years to overcome. As Deputy Assistant Director you were expected to be a leader who was beyond reproach and set an example for not only our direct subordinates, but others throughout the organization who watched and observed your behaviors and actions. You failed to do so repeatedly and put your own interests about the interests of the organization. Though it pains me to do so, it is for this reason that I am dismissing you from the rolls of the FBI.

Sincerely,

David L. Bowdich
Deputy Director