# Exhibit
# C

FD-1057 (Rev. 5-8-10)

███████████████

# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

**Title:** ███████ Closing Communication          **Date:** 01/04/2017

**From:** WASHINGTON FIELD
███████████
     **Contact:** ███████████████████████

**Approved By:** ███████████████

**Drafted By:** ███████████████

**Case ID #:** ██████████████    ████████████  CROSSFIRE RAZOR
                                            FOREIGN AGENTS REGISTRATION ACT -
                                            RUSSIA;
                                            SENSITIVE INVESTIGATIVE MATTER

**Synopsis:** ███████  To document the closing of captioned case.

████████████████████████████

**Details:**

████████  The FBI opened captioned case based on an articulable factual basis that CROSSFIRE RAZOR (CR) may wittingly or unwittingly be involved in activity on behalf of the Russian Federation which may constitute a federal crime or threat to the national security. The FBI predicated the investigation on predetermined criteria set forth by the CROSSFIRE HURRICANE (CH) investigative team based on an assessment of reliable lead information received during the course of the investigation. Specifically, CR was cited as an adviser to then Republican presidential candidate DONALD J. TRUMP for foreign policy issues since February 2016; CR had ties to various state-affiliated entities of the Russian Federation, as reported by open source information; and CR traveled to Russia in December 2015, as reported by open source information. Additionally, CR has an active TS/SCI clearance.

████████████████████

**SUBJECT TO PROTECTIVE ORDER**          **DOJSCO - 700023466**

Title: ████████ Closing Communication
Re:   ████████, 01/04/2017

████████ The goal of the investigation was to determine whether the captioned subject, associated with the Trump campaign, was directed and controlled by and/or coordinated activities with the Russian Federation in a manner which is a threat to the national security and/or possibly a violation of the Foreign Agents Registration Act, 18 U.S.C section 951 *et seq*, or other related statutes.

████████ Following the initiation of captioned case, the CH Team conducted a check of logical databases for any derogatory information on CROSSFIRE RAZOR. No derogatory information was identified in FBI holdings.

████████ The FBI requested that ████████████████ for any derogatory information on CROSSFIRE RAZOR. ████████
████████████████████████████████████████████████
████████████████████████████████████████████████

████████ The ████ found no derogatory information in their holdings on CROSSFIRE RAZOR.

████████ In addition to ████████, the FBI requested that ████████ conduct a search of its holdings for any derogatory information on CROSSFIRE RAZOR. No derogatory information was reported back to the FBI.

████████ The CH investigative team also addressed this investigation through CHS reporting CROSSFIRE RAZOR for any derogatory or lead information. As such CH contacted an established FBI CHS to query about CR. During the debriefing the CHS relayed an incident s/he witnessed when CROSSFIRE RAZOR (CR) spoke at the ████████████ in the ████████████. The CHS was unsure of the date, but noted that CROSSFIRE RAZOR was still in his/her position within the USIC. [Writer's note: per open source, CR spoke at ████████████ on ████████████] The CHS advised that after CR spoke and socialized with members of ████████████ at dinner and over drinks, members of ████ ████████████ got CR a cab to take CR to the train station to bring ████████████

2

SUBJECT TO PROTECTIVE ORDER                    DOJSCO - 700023467

Title: ███████ Closing Communication
Re: ███████████ 01/04/2017

him/her to ███████. The CHS stated that a ████████████████████
surprised everyone and got into CR's cab and joined CR on the train
ride to ██████. The CHS stated that s/he was somewhat suspicious of
███████, as ████ has been affiliated with several prominent members of
███████████. The CHS believes that ██████████ father may be a Russian
Oligarch living in ████████. The CHS could not provide further
information on CR and ████████ trip.

████████ The CH investigative team checked ██████████ name through
available FBI databases for any derogatory information with negative
results. A formal ██████████████████████ was submitted to ███████ for
any derogatory information. ██████████ reported no derogatory information
in its holdings.

████████ Analysis was conducted on known CR travel. This analysis
utilized records ████████████████████████████████████ as well as ████████
and ████ records. In addition to historical travel analysis, the FBI
initiated surveillance on a certain Russian subject ████████████████████
██████████████████████████████████████████████████ to determine
if there was contact between him and CROSSFIRE RAZOR. No contact
between the two individuals was observed by the surveillance teams
covering the event.

████████ In addition to CHS reporting, █████████████████████████████
███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████

████████ Following the compilation of the above information, the CH
team determined that CROSSFIRE RAZOR was no longer a viable candidate
as part of the larger CROSSFIRE HURRICANE umbrella case. A review of
logical ██████████████████ databases did not yield any information on
which to predicate further investigative efforts. While a CHS provided
some information on CR's interaction with ██████████ the absence of
derogatory information on ██████ limited the investigative value of the
information. The writer notes that since CROSSFIRE RAZOR was not
specifically named as an agent of a foreign power by the original

3

SUBJECT TO PROTECTIVE ORDER                    DOJSCO - 700023468



Title: ████████ Closing Communication
Re: ████████████, 01/04/2017

CROSSFIRE HURRICANE predicated reporting, the absence of any derogatory information or lead information from these logical sources reduced the number of investigative avenues and techniques to pursue. Per the direction of FBI management, CROSSFIRE RAZOR was not interviewed as part of the case closing procedure.

████████ The FBI is closing this investigation. If new information is identified or reported to the FBI regarding the activities of CROSSFIRE RAZOR, the FBI will consider reopening the investigation if warranted.

◆◆

4

SUBJECT TO PROTECTIVE ORDER