# Exhibit E



- Admins
- Emphasize efforts CP
- could be good
- 1/24/2017

DD

- We have a case on Flynn + Russians
- Our goal is to resolve case
- Our goal is to determine if Mike Flynn is going to tell the truth @ his relationship w/ Russians
- Can quote [redacted]
- Shouldn't [redacted]

Review in stand-alone

- Afterwards

I.
- Interview
- I agreed yesterday that we shouldn't show Flynn [redacted] if he didn't admit
- I thought @ it last night, + I believe we should rethink this
- What's our goal? Truth/Admission or to get him to lie, so we can prosecute him or get him fired?
- We regularly show subjects evidence, with the goal of getting them to admit their wrongdoing
- I don't see how getting someone to admit their wrongdoing is going easy on him
- If we get him to admit to breaking the Logan Act, give facts to DoJ + have them decide
- Or, if he initially lies, then we present him [redacted] + he admits it, document for DoJ, + let them decide how to address it
- If we're seen as playing games, WH will be furious
- Protect our institution by not playing games

SUBJECT TO PROTECTIVE ORDER    DOJSCO - 700023464