AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Michael T. Flynn )
*Plaintiff* )
v. ) Case No. 8:23-cv-00485
United States of America )
*Defendant* )

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Michael T. Flynn

Date: March 3, 2023

*Attorney's signature*

Jared J. Roberts (FL. Bar No. 1036550)
*Printed name and bar number*

717 King Street, Suite 200
Alexandria, VA 22314
*Address*

jared@binnall.com
*E-mail address*

703-888-1943
*Telephone number*

703-888-1930
*FAX number*