# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| Michael T. Flynn | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 8:23-cv-00485 |
| United States of America | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Michael T. Flynn.

Date: 03/03/2023

/s/ Shawn Flynn
*Attorney's signature*

Shawn M. Flynn (Fl. Bar No. 1040911)
*Printed name and bar number*
Binnall Law Group, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314

*Address*

shawn@binnall.com
*E-mail address*

(703) 888-1943
*Telephone number*

(703) 888-1930
*FAX number*