# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
Tampa Division

**MICHAEL T. FLYNN**,

    Plaintiff

**v.**

**UNITED STATES OF AMERICA**,

    Defendant.

**Case No.** 8:23-cv-0485 (MSS/CPT)

## NOTICE OF A RELATED ACTION

Under Local Rule 1.07(c), "lead counsel has a continuing duty to notify the judge of a related action pending in the Middle District or elsewhere." But for removal cases, the parties need not identify the original state-court proceeding in this Notice. Notwithstanding the instruction in the Uniform Case Management Report, a Notice of Related Action must be filed in all cases in the Tampa Division, even if no related action exists.

Counsel and unrepresented parties must also inform the Court about any related cases previously filed with any court or administrative agency. And counsel and unrepresented parties have a continuing duty to promptly inform the Court of any newly filed similar or successive cases by filing an Amended Notice.

I certify that the above-captioned case:

☐ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

☒ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

Dated: March 8, 2023                                  Respectfully submitted,

/s/ *Jared J. Roberts*
Jared J. Roberts
(Fl. Bar No. 1036550)
Shawn M. Flynn
(Fl. Bar No. 1040911)
Jason C. Greaves
(*pro hac vice* application forthcoming)
Matthew M. Dummermuth
(*pro hac vice* application forthcoming)
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jared@binnall.com
          shawn@binnall.com
          jason@binnall.com
          matt@binnall.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2023, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ *Jared J. Roberts*
Jared J. Roberts