# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
Tampa Division

**MICHAEL T. FLYNN**,

    Plaintiff

**v.**

**UNITED STATES OF AMERICA**,

    Defendant.

Case No. 8:23-cv-0485 (MSS/CPT)

## DISCLOSURE STATEMENT

Pursuant to Local Rule 3.03, the undersigned counsel for Plaintiff, Michael T. Flynn, states the following:

1. The individual(s) who has or might have an interest in the outcome of this matter are the following:

   a. Plaintiff Michael T. Flynn

   b. Defendant United States of America

   c. Federal Bureau of Investigation

   d. Department of Justice

   e. Executive Office of the President

   f. James Comey

   g. Andrew McCabe

   h. Peter Strzok

      i.      Lisa Page

      j.      Joe Pientka, III

      k.      Robert S. Mueller, III

      l.      Brandon Van Grack

      m.      President Donald J. Trump

      n.      Barack Obama

      o.      Joseph Biden

      p.      E.W. "Bill" Priestap

      q.      Andrew Downer

      r.      George Papadopolous

      s.      Christopher Steele

      t.      Michael Gaeta

      u.      Perkins Coie LLP

      v.      Fusion GPS

      w.      Sally Yates

      x.      John Brennan

      y.      James Clapper

      z.      Susan Rice

      aa.      Rod Rosenstein

      bb.      Timothy O'Shea

      cc.      Michael Flynn, Jr.

        dd.    Hon. Emmet Sullivan

2. The entity with publicly traded shares or debt potentially affected by the outcome are the following:

Plaintiff and Plaintiff's counsel are not aware of any.

3. The additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee, are the following:

Plaintiff and Plaintiff's counsel are not aware of any.

4. The individuals arguably eligible for restitution are the following:

Plaintiff Michael T. Flynn.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: March 8, 2023                                Respectfully submitted,

                                                                     /s/ *Jared J. Roberts*
                                                                     Jared J. Roberts
                                                                     (Fl. Bar No. 1036550)

Shawn M. Flynn
(Fl. Bar No. 1040911)
Jason C. Greaves
(*pro hac vice* application forthcoming)
Matthew M. Dummermuth
(*pro hac vice* application forthcoming)
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jared@binnall.com
         shawn@binnall.com
         jason@binnall.com
         matt@binnall.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2023, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ *Jared J. Roberts*
Jared J. Roberts