# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

Michael T. Flynn, an individual

　　　　　　　　　　　　Plaintiff

Case No.: 8:23-cv-00485-MSS-CPT

　　　　　　　　　　　　vs.

United States of America

　　　　　　　　　　　　Defendant

## AFFIDAVIT OF SERVICE

I, Rebekah Torres, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, and Complaint with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 03/08/2023 at 1:18 PM, I served U.S. Attorney's Office for Middle District of Florida c/o Roger B. Handberg at 400 North Tampa Street, Suite 3200, Tampa, Florida 33602 with the Summons, Civil Cover Sheet, and Complaint with Exhibits by serving Joycelyne Figueroa, Legal Assistant, authorized to accept service.

Joycelyne Figueroa is described herein as:

Gender: Female   Race/Skin: White   Age: 26-31   Weight: 110-115   Height: 4'10"-5'3"   Hair: Dark Brown   Glasses: No

I declare under penalty of perjury that this information is true and correct.

Executed On 3/13/23



Rebekah Torres

Client Ref Number: N/A
Job #: 1615400

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050



Notary Public State of Florida
Caleb Ramos
My Commission GG 951295
Expires 02/02/2024

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No. 8:23-cv-00485-MSS-CPT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: