# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

Michael T. Flynn, an individual

                   Plaintiff

Case No.: 8:23-cv-00485-MSS-CPT

*vs.*

United States of America

                   Defendant

## AFFIDAVIT OF SERVICE

I, Rebekah Torres, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, and Complaint with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 03/08/2023 at 1:18 PM, I served U.S. Attorney's Office for Middle District of Florida c/o Roger B. Handberg at 400 North Tampa Street, Suite 3200, Tampa, Florida 33602 with the Summons, Civil Cover Sheet, and Complaint with Exhibits by serving Joycelyne Figueroa, Legal Assistant, authorized to accept service.

Joycelyne Figueroa is described herein as:

Gender: Female   Race/Skin: White   Age: 26-31   Weight: 110-115   Height: 4'10"-5'3"   Hair: Dark Brown   Glasses: No

I declare under penalty of perjury that this information is true and correct.

Executed On  3/13/23



Rebekah Torres

Client Ref Number: N/A
Job #: 1615400

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050



Notary Public State of Florida
Caleb Ramos
My Commission GG 951295
Expires 02/02/2024

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| MICHAEL T. FLYNN | ) |
| --- | --- |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 8:23-cv-00485-MSS-CPT |
| UNITED STATES OF AMERICA | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Roger B. Handberg
U.S. Attorney's Office for Middle District of Florida
400 North Tampa Street, Suite 3200
Tampa, Florida 33602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jared J. Roberts
Binnall Law Group, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Lisa Silvia

Date: March 6, 2023

*Signature of Clerk or Deputy Clerk*