IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL T. FLYNN,

    Plaintiff,                                              Case no. 8:23:CV-00485-MSS-CPT

vs.

UNITED STATES OF AMERICA,

    Defendant.

_____/

**DEFENDANT UNITED STATES OF AMERICA'S UNOPPOSED
MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT AND
<u>FILE A CASE MANAGEMENT REPORT</u>**

Pursuant to Fed. R. Civ. P. 6(b), Defendant, the United States of America, hereby moves to extend the deadlines for the filing of its response to the Complaint and the parties' case management report by 60 days. *See* L.R. 3.01(b)(3) (requiring parties to file a case management report within 70 days of service on the United States Attorney). If granted, the United States' response to the Complaint will be due on or before July 7, 2023, and the parties' case management report will be due on or before July 17, 2023. Plaintiff consents to this requested relief.

1

On March 3, 2023, Plaintiff filed this civil action asserting claims pursuant to the Federal Tort Claims Act, 28 U.S.C. § 1346, *et. seq.* Plaintiff names four Federal agencies and numerous Federal employees over the span of 160 paragraphs of allegations stemming from the Federal Bureau of Investigation's ("FBI") counterintelligence investigation into Plaintiff's connections to the Russian Government and the subsequent prosecution of Plaintiff for lying to Federal agents during the investigation. *See generally* ECF No. 1. According to Plaintiff, various officials within the Executive Office for the President, the Department of Justice, the Special Counsel's Office under Robert S. Mueller III, and the FBI maliciously conspired to investigate and/or prosecute him without cause to derail Donald J. Trump's presidential campaign and Plaintiff's subsequent appointment as the National Security Advisor. *See e.g.*, ECF No. 1 at ¶¶ 3, 5, 11-21.

Pursuant to Fed. R. Civ. P. 12(a)(2), the United States' response to the Complaint would be due by May 8, 2023. Additionally, Local Rule 3.02(b)(3) requires the parties to file a case management report within 70 days of the United States Attorney receiving service. Because the United States Attorney for the Middle District of Florida received service on March 8, 2023, the case management report is currently due by May 17, 2023.

The Court, however, has discretion to extend the current response deadlines for "good cause." Fed. R. Civ. P. 6(b)(1). Good cause exists to extend the current deadlines by an additional 60 days. First, because of the volume and complexity of the 160 paragraphs of allegations in the Complaint, and the number of agencies and individuals involved, the Defendant needs additional time to coordinate with the multiple Department of Justice components and other agencies, investigate the allegations, and prepare the United States' response to the Complaint. This process is particularly arduous here because significant time has passed since the occurrence of the acts and omissions alleged in the Complaint, and many of the implicated individuals who were Federal employees at the time are no longer employed by the United States. Second, as the allegations in the Complaint relate to an underlying criminal prosecution of Plaintiff in the United States District Court for the District of Columbia, the additional time will allow the United States to review the Criminal docket, which has over 300 entries in the District Court and over 75 entries in the related writ of mandamus filed in the United States Court of Appeal for the District of Columbia.

For these reasons, the United States requires a 60-day extension to investigate and respond to the allegations in the Complaint and for the parties to file a case management report pursuant to Local Rule 3.02(b)(3).

<u>Local Rule 3.01(g) Certificate</u>

Plaintiff, through his counsel, has consented to the relief sought.

<u>Conclusion</u>

For all the foregoing reasons, the United States respectfully requests the Court to extend the deadline for the filing of its response to the Complaint and for the parties to file the case management report by 60 days, to and including July 7, 2023, for the United States' response to the Complaint and July 17, 2023, for the case management report.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JAMES G. TOUHEY, JR.
Director, Torts Branch


By: /s/ Kristin B. McGrory
KRISTIN B. MCGRORY (lead counsel)
HERMAN J. HOYING
Trial Attorneys
U.S. Department of Justice
Civil Division, Torts Branch
P.O. Box 888 Ben Franklin Station
Washington, DC 20044
Phone: 202-616-4206
Email: kristin.b.mcgrory@usdoj.gov
Attorneys for Defendant United States of America

LACY R. HARWELL, JR.
Assistant United States Attorney
Florida Bar No. 0714623
Office of the United States Attorney
For the Middle District of Florida
400 N. Tampa St., Suite 3200
Tampa, Florida 33602
Tel. (813) 274-6000
Fax (813) 274-6200
Email: Randy.Harwell@usdoj.gov
Attorney for Defendant United States of America

## CERTIFICATE OF SERVICE

I certify that on May 1, 2023, I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send an electronic notice of filing.

*/s/*Kristin B. McGrory
Kristin B. McGrory
Trial Attorney
