UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

**MICHAEL T. FLYNN**,

   Plaintiff

v.

**UNITED STATES OF AMERICA**,

   Defendant.

Case No. 8:23-cv-0485 (MSS/CPT)

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE HIS RESPONSE TO DEFENDANT'S MOTION TO <u>TRANSFER VENUE</u>**

Plaintiff Michael T. Flynn, by counsel, respectfully moves for a forty-five (45) day extension to respond to Defendant's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a). Defendant does not oppose this motion.

Pursuant to Fed. R. Civ. Proc. 6(b), an extension may be granted by a court for good cause. Here, Defendant has moved to transfer this action to DDC, with one of the primary arguments being the convenience of witnesses. General Flynn anticipates a large number of witnesses, whose current locations are not known, and therefore will need time to locate those individuals to properly evaluate the balance of convenience under Section 1404, as well as adequately consider and respond to the other arguments presented by Defendant.

As noted by Defendant in its motion to extend its response deadline by 60 days—which was similarly unopposed—a significant time has passed since the occurrence of the acts and omissions alleged in the Complaint, and the employment and location of these witnesses have changed. There is no prejudice to any party by granting the requested extension.

For the reasons stated above, Plaintiff respectfully requests this Court grant an extension of time in which to file a response to Defendant's motion to transfer venue up and through June 29, 2023.

Dated: May 5, 2023                                  Respectfully submitted,

/s/ *Jason Greaves*
Jason C. Greaves (*pro hac vice*)
Jared J. Roberts
(Fl. Bar No. 1036550)
Shawn M. Flynn
(Fl. Bar No. 1040911)
Matthew M. Dummermuth
(*pro hac vice*)
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jason@binnall.com
           jared@binnall.com
           shawn@binnall.com
           matt@binnall.com

*Counsel for Plaintiff*

## CERTIFICATE OF COMPLIANCE

I hereby certify that I have complied with Local Rule 3.01(g) by conferring with Defendant's counsel regarding the relief requested in this motion and Defendant's counsel has consented to the requested relief.

/s/ *Jason Greaves*
Jason C. Greaves (*pro hac vice*)

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2023, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ *Jason Greaves*
Jason C. Greaves (*pro hac vice*)
