# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# Tampa Division

| | |
|---|---|
| MICHAEL T. FLYNN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 8:23-cv-00485 (MSS/CPT) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PLAINTIFF'S REQUEST FOR ORAL ARGUMENT ON DEFENDANT'S MOTION TO TRANSFER VENUE

Pursuant to Local Rule 3.01(h), Plaintiff requests oral argument on Defendant's Motion to Transfer Venue and estimates that the total time necessary for argument is 30 minutes.

Dated: May 30, 2023

Respectfully, submitted

/s/ *Jason C. Greaves*
Jason C. Greaves (*pro hac vice*)
Matt M. Dummermuth (*pro hac vice*)
Jared J. Roberts
(Fl. Bar No. 1036550)
Shawn M. Flynn
(Fl. Bar No. 1040911)
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jason@binnall.com
    matt@binnall.com
    jared@binnall.com
    shawn@binnall.com
*Counsel for Plaintiff*

1

2

## CERTIFICATE OF SERVICE

    I hereby certify that on this 30th day of May, 2023, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

                                                      /s/ *Jason C. Greaves*
                                                      Jason C. Greaves