IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL T. FLYNN,

    Plaintiff,                           Case no. 8:23:CV-00485-MSS-CPT

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

**THE PARTIES' JOINT MOTION TO EXCEED PAGE LIMITATIONS AND FOR AN EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO THE UNITED STATES' MOTION TO DISMISS**

The parties respectfully move for leave to exceed the page limits set by Local Rule 3.01(a)-(b) by up to 20 pages for both the United States' motion to dismiss in this matter and for Plaintiff's response to the motion to dismiss. *See* L.R. 3.01(a)-(b) (providing a 25-page limit for all motions and a 20-page limit for any response). Plaintiff also respectfully moves, with the United States' consent, pursuant to Fed. R. Civ. P. (6), to extend the deadline for Plaintiff to file his response to the United States' motion to dismiss by 14 days, which would make the response due by August 11, 2023.

1

On March 3, 2023, Plaintiff filed in this Court an action asserting claims pursuant to the Federal Tort Claims Act, 28 U.S.C. § 1346, *et. seq.* ("FTCA"), for abuse of process and malicious prosecution. ECF No. 1. According to Plaintiff, various named and unnamed officials within the Executive Office of the President ("EOP"), the Department of Justice ("DOJ"), the Special Counsel's Office ("SCO") under Robert S. Mueller III, and the Federal Bureau of Investigation ("FBI") conspired to investigate and/or prosecute him without cause to derail Donald J. Trump's presidential campaign and administration. *See e.g.*, ECF No. 1 at ¶¶ 3, 5, 11-21.

Including attachments, the Complaint is 89 pages in length and asserts 161 paragraphs of factual allegations. Although, pursuant to the FTCA, the United States is the only named defendant, Plaintiff's claims are based upon the alleged acts and omissions of numerous named and unnamed government officials. Additionally, Plaintiff's claims are premised upon alleged acts and omissions spanning over four years. Plaintiff has described this action as "an incredibly complex case involving a multitude of government actors spanning a multi-year investigation and criminal prosecution." ECF No. 24 at 5.

Pursuant to Local Rules 3.01(a)-(b), a motion may not exceed 25 pages in length and a response may not exceed 20-pages in length without leave of the Court. The parties' request to exceed the page limit by up to 20 pages is

2

supported by good cause. The United States intends to move to dismiss each of Plaintiff's claims for failure to state a claim and thus, the Court's lack of subject matter jurisdiction.[1] To adequately address the sufficiency of each claim, both parties must address the complex underlying factual predicate for the claims, including the roles of the alleged "wrongdoers." Additionally, malicious prosecution and abuse of process claims involve distinct legal elements and distinct factual allegations in the Complaint that must be separately addressed by the parties to determine whether Plaintiff has plausibly set forth claims for relief. The additional pages will enable the parties to present their arguments clearly and thoroughly and, therefore, the interests of justice will be served.

For these reasons, the parties respectfully request permission to exceed the page limitations by no more than 20 pages for the United States' motion to dismiss and the Plaintiff's response to the motion.

Good cause also exists to extend the deadline for Plaintiff's filing of its response to the United States' motion to dismiss by 14 days. *See* Fed. R. Civ. P. 6(b)(1) (noting a Court has discretion to extend deadlines for good cause). As explained above, the United States intends to move to dismiss both of the

---

[1] "[I]n the unique context of the FTCA, all elements of a meritorious claim are also jurisdictional." *Brownback v. King*, 141 S. Ct. 740, 749 (2021).

claims asserted in Plaintiff's Complaint, which involve the alleged acts and omissions of numerous federal employees over a four-year period. The additional time will provide Plaintiff with the opportunity to fully assess the United States' arguments and prepare a response that takes into consideration the complexities of the case and the underlying factual predicate. As such, the Plaintiff respectfully requests – with the United States' consent – an extension of 14 days for Plaintiff to file his response to the United States' motion to dismiss.

## Conclusion

For all the foregoing reasons, the parties respectfully request that the Court: (1) grant leave for the parties to exceed the page limits of Local Rule 3.01(a)-(b) by up to 20 pages when filing the United States' motion to dismiss and Plaintiff's response to the motion to dismiss; and (2) extend the deadline for Plaintiff to file his response to the United States' motion to dismiss by 14 days such that the response would be due on or before August 11, 2023.

Respectfully submitted,

| | |
|---|---|
| /s/Jason C. Greaves | BRIAN M. BOYNTON |
| Jason C. Greaves | Principal Deputy Assistant Attorney General |
| (admitted *pro hac vice*) | |
| Jared J. Roberts | JAMES G. TOUHEY, JR. |
| (Fl. Bar No. 1036550) | Director, Torts Branch |
| Shawn M. Flynn | |
| (Fl. Bar No. 1040911) | |
| Matt M. Dummermuth | By: /s/Kristin McGrory |
| (admitted *pro hac vice*) | KRISTIN B. MCGRORY |
| BINNAL LAW GROUP | HERMAN J. HOYING |
| 717 King Street, Suite 200 | Trial Attorneys |
| Alexandria VA 22314 | U.S. Department of Justice |
| Phone: (703) 888-1946 | Civil Division, Torts Branch |
| jason@binnall.com | P.O. Box 888 Ben Franklin Station |
| jared@binnall.com | Washington, DC 20044 |
| shawn@binnall.com | Phone: 202-880-0141 |
| matt@binall.com | Email: kristin.b.mcgrory@usdoj.gov |
| Counsel for Plaintiff | Attorneys for Defendant United States America |

LACY R. HARWELL, JR.
Assistant United States Attorney
Florida Bar No. 0714623
Office of the United States Attorney
For the Middle District of Florida
400 N. Tampa St., Suite 3200
Tampa, Florida 33602
Tel. (813) 274-6000
Fax (813) 274-6200
Email: Randy.Harwell@usdoj.gov
Attorney for Defendant United States of America

## CERTIFICATE OF SERVICE

I certify that on June 23, 2023, I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send an electronic notice of filing.

/*s*/Kristin McGrory
Kristin B. McGrory
Trial Attorney
