# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# Tampa Division

| | |
|---|---|
| MICHAEL T. FLYNN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 8:23-cv-00485 (MSS/CPT) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S REQUEST FOR ORAL ARGUMENT ON
DEFENDANT'S MOTION TO STAY DISCOVERY**

Pursuant to Local Rule 3.01(h), Plaintiff requests oral argument on Defendant's Motion to Stay Discovery and estimates that the total time necessary for argument is 30 minutes.

Dated: July 21, 2023

Respectfully, submitted

/s/ *Jason C. Greaves*
Jason C. Greaves (*pro hac vice*)
Matt M. Dummermuth (*pro hac vice*)
Jared J. Roberts
(Fl. Bar No. 1036550)
Shawn M. Flynn
(Fl. Bar No. 1040911)
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jason@binnall.com
　　　　matt@binnall.com
　　　　jared@binnall.com
　　　　shawn@binnall.com
*Counsel for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of July, 2023, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

*/s/ Jason C. Greaves*
Jason C. Greaves
