UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL T. FLYNN,

    Plaintiff,

v.                                                Case No. 8:23-cv-00485-MSS-CPT

UNITED STATES OF AMERICA,

    Defendant.

_____/

**UNOPPOSED MOTION FOR WITHDRAWAL OF HERMAN J. HOYING AS COUNSEL FOR DEFENDANT UNITED STATES OF AMERICA**

      Pursuant to Local Rule 2.02(c), Herman J. Hoying respectfully files this unopposed motion to withdraw as counsel for Defendant United States of America. In support thereof, the undersigned states as follows:

      1.    Co-counsel for Defendant, Herman J. Hoying, will be leaving his employment as a Trial Attorney for the Torts Branch, United States Department of Justice, effective February 16, 2024, and thus will no longer be representing the United States in this action.

      2.    The United States shall continue to be represented by lead counsel, Kristin McGrory, in this action.

      3.    The undersigned provided the United States with over fourteen-days' notice of his intended departure, and the United States consents to this motion.

      4.    Plaintiff does not oppose this motion.

For the foregoing reasons, the undersigned respectfully requests an order authorizing Herman J. Hoying to withdraw as counsel for Defendant United States of America in this matter.

## LOCAL RULE 3.01(g) CERTIFICATION

On February 13, 2024, undersigned counsel conferred with counsel for Plaintiff, and counsel advised that Plaintiff does not oppose the relief sought herein.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JAMES G. TOUHEY, JR.
Director, Torts Branch

By: /s/Herman J. Hoying
HERMAN J. HOYING
KRISTIN B. MCGRORY
Trial Attorneys
U.S. Department of Justice
Civil Division, Torts Branch
P.O. Box 888, Ben Franklin Station
Washington, DC 20044
Phone: 202-880-0141
Email: Herman.J.Hoying@usdoj.gov
Attorneys for Defendant United States of America

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 13, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send an electronic notice of filing to all parties of record.

/s/Herman J. Hoying
Herman J. Hoying
Trial Attorney
Attorney for Defendant United States of America