UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

| | |
|---|---|
| MICHAEL T. FLYNN, | ) |
| Plaintiff, | ) |
| v. | ) No. 8:23-cv-485 (MSS/CPT) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE SECOND AMENDED COMPLAINT**

Plaintiff Michael T. Flynn, by counsel, and with the consent of opposing counsel, respectfully requests a 90-day extension to file his Second Amended Complaint in this matter. Pursuant to this Court's December 10, 2024 Order, should Plaintiff file an amended complaint the deadline to do so is on or before January 6, 2024. Considering the holiday season, the travel and trial schedule of undersigned counsel, and the complexity of the legal and factual issues to be addressed in the Second Amended Complaint, a 90-day extension is reasonable and supported by good cause. Moreover, because the United States has consented to the extension, there is no prejudice to the opposing party. General Flynn has agreed to a reciprocal extension of reasonable time for the United States to file its response, which it will request after the filing of the Second Amended Complaint if it so chooses.

## Local Rule 3.01(g) Certification

Undersign counsel certifies that he conferred with counsel for the United States and the parties agree on the resolution of this motion.

## Conclusion

Respectfully, Plaintiff Michael T. Flynn requests a 90-day extension to be granted, and that the deadline for filing his Second Amended Complaint be on or before Monday, April 7, 2025.

Dated: December 20, 2024            Respectfully submitted,

*/s/Jason C. Greaves*
Jason C. Greaves, FSB 1059179
Matt M. Dummermuth, *pro hac vice*
Shawn M. Flynn, FSB 1040911
Jared J. Roberts, FSB 1036550
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
jason@binnall.com
matt@binnall.com
shawn@binnall.com
jared@binnall.com

*Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE

I certify that on December 20, 2024, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

*/s/Jason C. Greaves*
Jason C. Greaves

*Counsel for Plaintiff*