# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
## Tampa Division

| | |
|---|---|
| MICHAEL T. FLYNN, | ) |
| Plaintiff, | ) |
| v. | ) No. 8:23-cv-485 (MSS/CPT) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW APPEARANCE AS COUNSEL

Pursuant to Local Rule 2.02(c), Shawn M. Flynn respectfully moves for leave of Court to withdraw his appearance as counsel for Plaintiff Gen. Michael T. Flynn.

After May 4, 2025, undersigned counsel will be leaving the Binnall Law Group to take another position. General Flynn will continue to be represented by Jason C. Greaves, Matt Dummermuth, and Jared Roberts of Binnall Law Group.

Undersign counsel certifies that he has Gen. Flynn's consent for his withdrawal as counsel in this matter.

WHEREFORE, the undersigned counsel asks that this Court grant him leave to withdraw as counsel for Plaintiff Gen. Michael T. Flynn in this matter.

2

Dated: May 2, 2025                                  Respectfully submitted,

/s/   Shawn Flynn
Shawn Flynn, Fla. Bar No. 104091
BINNALL LAW GROUP
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
shawn@binnall.com

**CERTIFICATE OF SERVICE**

I certify that on May 2, 2025, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/   Shawn Flynn
Shawn Flynn, Fla. Bar No. 104091

2