# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# Tampa Division

| | |
|---|---|
| MICHAEL T. FLYNN, | ) |
| Plaintiff, | ) |
| v. | ) No. 8:23-cv-485 (MSS/CPT) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW APPEARANCE AS COUNSEL

Pursuant to Local Rule 2.02(c), Matt Dummermuth respectfully moves for leave of Court to withdraw his appearance as counsel for Plaintiff Gen. Michael T. Flynn.

Undersigned counsel is leaving the Binnall Law Group to take another position. General Flynn will continue to be represented by Jason C. Greaves and Jared Roberts of Binnall Law Group.

Undersigned counsel certifies that he has Gen. Flynn's consent for his withdrawal as counsel in this matter.

WHEREFORE, the undersigned counsel asks that this Court grant him leave to withdraw as counsel for Plaintiff Gen. Michael T. Flynn in this matter.

Dated: May 19, 2025                    Respectfully submitted,

                                        /s/   Matt Dummermuth

Matt Dummermuth, *pro hac vice*  
BINNALL LAW GROUP  
717 King Street, Suite 200  
Alexandria, Virginia 22314  
Phone: (703) 888-1943  
Fax: (703) 888-1930  
matt@binnall.com  

## LOCAL RULE 3.01(g) CERTIFICATION

Undersigned counsel certifies that he has conferred with Defendant who consents to his withdrawal from this matter.

*/s/    Matt Dummermuth*  
Matt Dummuermuth, *pro hac vice*

## CERTIFICATE OF SERVICE

I certify that on May 19, 2025, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

<u>/s/   Matt Dummermuth</u>
Matt Dummuermuth, *pro hac vice*
