IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL T. FLYNN,

    Plaintiff,                                 Case no. 8:23-CV-00485-MSS-CPT

vs.

UNITED STATES OF AMERICA,

    Defendant.

_____/

## DEFENDANT UNITED STATES OF AMERICA'S UNOPPOSED MOTION FOR A STAY OF PROCEEDINGS

Defendant, United States of America, respectfully moves for a stay of all proceedings and deadlines in this case, including the United States' deadline to file a response to the SAC. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. As a result, undersigned counsel has been unable to work on this case for approximately 36 days and, given that funding has yet to be

1

restored to the Department, it is unclear when undersigned counsel will be able to do so. Undersigned counsel for the Department of Justice therefore requests a stay of all proceedings, including all filing deadlines, until Congress has restored appropriations to the Department.

Additionally, the United States requests that, once funding is restored, that all deadlines for the parties be extended commensurate with the duration of the lapse in appropriations—i.e., each deadline would be extended by the total number of days of the lapse in appropriations—plus an additional 60 days. Immediately preceding the lapse in appropriations, the parties agreed to pursue neutral mediation proceedings in an effort to resolve this case without further judicial intervention. Efforts to pursue mediation, however, were put on hold once the lapse in appropriations occurred. Extending the current deadlines to account for the lapse in appropriations, plus an additional 60 days, will enable the parties to identify a neutral mediator and to pursue all necessary mediation activities.

Although we greatly regret any disruption cause to the Court and the other litigants, the Government hereby moves for a stay of all proceedings, including all filing deadlines, in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions. Additionally, once funding is restored, we request the Court extend all current deadlines for

the parties commensurate with the duration of the lapse in appropriations—i.e., each deadline would be extended by the total number of days of the lapse in appropriations—plus an additional 60 days.

Local Rule 3.01(g) Certificate

Plaintiff, through his counsel, has consented to the relief sought.

Conclusion

For all the foregoing reasons, the United States respectfully requests the Court stay all proceedings and deadlines in this case, including the United States' current deadline to file a response to the SAC, and that once funding is restored, that all deadlines be extended by the length of the lapse in appropriations plus an additional 60 days.

Dated: November 5, 2025					Respectfully submitted,

								BRETT A. SHUMATE
								Assistant Attorney General
								Civil Division

								JONATHAN D. GUYNN
								Deputy Assistant Attorney General
								Torts Branch

        */s/Kristin McGrory*
        KRISTIN MCGRORY
        Trial Attorney, Torts Branch
        United States Department of Justice
        Civil Division
        Benjamin Franklin Station, P.O. Box 888
        Washington, D.C. 20044
        Telephone: (202) 616-4206
        Email: kristin.b.mcgrory@usdoj.gov
        Attorneys for Defendant

## CERTIFICATE OF SERVICE

I certify that on November 5, 2025, I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send an electronic notice of filing.

        */s/Kristin McGrory*
        Kristin B. McGrory
        Trial Attorney