AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| MICHAEL T. FLYNN | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   8:23-cv-485-MSS-CPT |
| UNITED STATES OF AMERICA | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States                                                                                                           .

Date:   01/15/2026

/s/ Stephen R. Terrell
*Attorney's signature*

Stephen R. Terrell (CA Bar No. 210004)
*Printed name and bar number*

United States Department of Justice
Civil Division, T-FTCA
P.O. Box 888
Washignton, DC  20044
*Address*

Stephen.Terrell2@usdoj.gov
*E-mail address*

(202) 353-1651
*Telephone number*

(202) 616-5200
*FAX number*