IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL T. FLYNN,

    Plaintiff,                              Case no. 8:23-CV-00485-MSS-CPT

vs.

UNITED STATES OF AMERICA,

    Defendant.

_____/

**JOINT MOTION TO EXTEND TIME TO RESPOND TO PLAINTFF'S SECOND AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b), the parties respectfully move to extend the deadline for the filing of the United States' response to the Plaintiff's Second Amended Complaint ("SAC") by 60 days. The parties are continuing to pursue neutral mediation efforts, and the additional time will allow the parties to continue these efforts. Additionally, undersigned counsel for the United States will be leaving her employment as a Trial Attorney for the Torts Branch, United States Department of Justice, effective January 23, 2026, and the additional time will allow new counsel for the United States to familiarize himself with the case.

1

The United States' response to the SAC is currently due by February 2, 2026. If the extension request is granted, and an agreement in principle is not reached by the parties, the United States' response to the SAC will be due on or before April 3, 2026.

On July 28, 2023, Plaintiff filed an Amended Complaint asserting claims for abuse of process and malicious prosecution against the United States pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 1346(b). ECF No. 34. On September 15, 2023, the United States filed a motion to dismiss the Amended Complaint in its entirety because Plaintiff failed to plausibly allege an abuse of process or malicious prosecution claim under the FTCA—and thus the United States did not waive its sovereign immunity for either of those claims. *See* ECF No. 38. On December 10, 2024, the Court issued an Opinion finding that Plaintiff failed to adequately plead claims for malicious prosecution and abuse of process. *See* ECF No. 47. Accordingly, the Court granted the United States' motion to dismiss the Amended Complaint. *Id.* at 20. However, in its order dismissing the Amended Complaint, the Court granted Plaintiff leave to file a Second Amended Complaint "that seeks to resolve the deficiencies identified" by the Court. *Id.*

On June 30, 2025, Plaintiff filed the SAC continuing to set forth claims for malicious prosecution and abuse of process. *See generally* ECF No. 58. Following the filing of the SAC, the parties have discussed settlement and are continuing to pursue neutral mediation proceedings. Specifically, since the last request for extension, the parties have selected a neutral mediator and are in the process of scheduling the mediation proceedings.

Here, good cause exists to extend the current deadlines by an additional 40 days. *See* Fed. R. Civ. P. 6(b)(1) (stating a court has discretion to extend response deadlines for "good cause"). The additional time will provide the parties with the ability to finalize the mediation proceedings. Granting the extension will serve judicial efficiency and will preserve the Court's and the parties' resources in the event mediation is successful. The additional time will also allow new counsel for the United States to familiarize himself with the case.

## Conclusion

For all the foregoing reasons, the parties respectfully request the Court to extend the deadline for the filing of the United States' response to the SAC by 60 days, to and including April 3, 2026.

| | |
|---|---|
| Dated: January 16, 2026 | Respectfully submitted, |
| /s/*Jason Greaves* | BRETT A. SHUMATE |
| Jared J. Roberts | Assistant Attorney General |
| (Fl. Bar No. 1036550) | Civil Division |
| Jason C. Greaves | |
| (*admitted pro hac vice*) | JONATHAN D. GUYNN |
| BINNAL LAW GROUP | Deputy Assistant Attorney General |
| 717 King Street, Suite 200 | Torts Branch |
| Alexandria, Virginia | Civil Division |
| Phone (703) 888-1946 | |
| jason@binnall.com | /s/*Kristin McGrory* |
| jared@binnall.com | KRISTIN MCGRORY |
| Counsel for Plaintiff | Trial Attorney, Torts Branch |
| | United States Department of Justice |
| | Civil Division |
| | Benjamin Franklin Station, P.O. Box 888 |
| | Washington, D.C. 20044 |
| | Telephone: (202) 616-4206 |
| | Email: kristin.b.mcgrory@usdoj.gov |
| | Attorneys for Defendant |

## CERTIFICATE OF SERVICE

I certify that on January 16, 2026, I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send an electronic notice of filing.

/s/*Kristin McGrory*
Kristin B. McGrory
Trial Attorney