UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL T. FLYNN,

    Plaintiff,

v.                                        Case No. 8:23-cv-00485-MSS-CPT

UNITED STATES OF AMERICA,

    Defendant.
_____/

**UNOPPOSED MOTION FOR WITHDRAWAL OF KRISTIN MCGRORY AS COUNSEL FOR DEFENDANT UNITED STATES OF AMERICA**

Pursuant to Local Rule 2.02(c), Kristin McGrory respectfully files this unopposed motion to withdraw as counsel for Defendant United States of America. In support thereof, the undersigned states as follows:

1. Co-counsel for Defendant, Kristin McGrory, will be leaving her employment as a Trial Attorney for the Torts Branch, United States Department of Justice, effective January 23, 2026, and thus will no longer be representing the United States in this action.

2. The United States shall continue to be represented by counsel, Stephen Terrell, in this action.

3. The undersigned provided the United States with over fourteen-days' notice of her intended departure, and the United States consents to this motion.

4. Plaintiff does not oppose this motion.

For the foregoing reasons, the undersigned respectfully requests an order authorizing Kristin McGrory to withdraw as counsel for Defendant United States of America in this matter.

## LOCAL RULE 3.01(g) CERTIFICATION

On January 16, 2026, undersigned counsel conferred with counsel for Plaintiff, and counsel advised that Plaintiff does not oppose the relief sought herein.

Dated: January 16, 2026                    Respectfully submitted,

                                              BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JONATHAN D. GUYNN
Deputy Assistant Attorney General
Torts Branch

*/s/ Kristin McGrory*
KRISTIN MCGRORY
Trial Attorney, Torts Branch
United States Department of Justice
Civil Division
Benjamin Franklin Station, P.O. Box 888
Washington, D.C. 20044
Telephone: (202) 616-4206
Email: kristin.b.mcgrory@usdoj.gov
Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I certify that on January 16, 2026, I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send an electronic notice of filing.

*/s/ Kristin McGrory*
Kristin B. McGrory
Trial Attorney
