UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL T. FLYNN,

    Plaintiff,

v.                                      Case No. 8:23-cv-485-MSS-CPT

UNITED STATES OF AMERICA,

    Defendant.
_____/

**O R D E R**

    Before the Court is attorney Kristin McGrory's unopposed motion to withdraw as counsel for Defendant United States of America. (Doc. 69). Attorney McGrory represents in her motion that the government consents to her withdrawal and will remain represented by other counsel. *Id.* Attorney McGrory also states that the Plaintiff does not oppose her withdrawal. *Id*.

    In light of the above, it is hereby ORDERED that attorney McGrory's motion to withdraw is granted as follows:

    1.    Attorney McGrory is relieved of any further responsibility in this action.

    2.    The Clerk of Court is directed to terminate attorney McGrory as the government's counsel of record.

3. The Clerk of Court and other counsel of record shall send all future filings to the government's remaining counsel at the below physical and email addresses:

> Stephen Terrell
> Civil Division, T-FTCA
> P.O. Box 888
> Washington, D.C. 20044
> Email: stephen.terrell2@usdoj.gov

4. Nothing in this Order shall be construed as excusing the parties from fulfilling their respective obligations under any of the Court's prior Orders.

SO ORDERED in Tampa, Florida, this 20th day of January 2026.

*[signature]*
HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record