IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL T. FLYNN,

      Plaintiff,

vs.

UNITED STATES OF AMERICA,

      Defendant.

Case no. 8:23-CV-00485-MSS-CPT

_____/

**NOTICE OF SETTLEMENT**

Pursuant to Local Rule 3.09, the parties hereby inform the Court that they have settled this action.  Upon Plaintiff's confirmation of receipt of settlement funds, the parties will file a joint stipulation of dismissal of this action, with prejudice, each party to bear its own costs and fees, and without the Court retaining jurisdiction over this matter.

Dated: March 25, 2026

*/s/ Jason C. Greaves by*
*/s/ Stephen R. Terrell per email*
*authorization dated March 25, 2026*
Jared J. Roberts
(Fl. Bar No. 1036550)
Jason C. Greaves
(*admitted pro hac vice*)
BINNAL LAW GROUP

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JONATHAN D. GUYNN
Deputy Assistant Attorney General
Torts Branch
Civil Division

1

717 King Street, Suite 200
Alexandria, Virginia
Phone (703) 888-1946
jason@binnall.com
jared@binnall.com
Counsel for Plaintiff

*/s/ Stephen R. Terrell*
STEPHEN R. TERRELL
Attorney, Torts Branch
United States Department of Justice
Civil Division
Benjamin Franklin Station, P.O. Box 888
Washington, D.C. 20044
Telephone: (202) 616-4206
Email: kristin.b.mcgrory@usdoj.gov

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I certify that on March 25, 2026, I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send an electronic notice of filing.

*/s/ Stephen R. Terrell*
Stephen R. Terrell
Attorney