IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL T. FLYNN,

     Plaintiff,                      Case no. 8:23-CV-00485-MSS-CPT

vs.

UNITED STATES OF AMERICA,

     Defendant.

_____/

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff and the United States (the

parties) jointly stipulate that Plaintiff's action is dismissed with prejudice, that

Plaintiff and the United States shall bear their own fees and costs, and that the

Court shall not retain jurisdiction over this action.  The parties agree this

dismissal is a judgment for purposes of 28 U.S.C. § 2676.

Dated: April 7, 2026               Respectfully submitted,

*/s/Jason C. Greaves by*
*/s/ Stephen R. Terrell per email*
*authorization dated April 7, 2026*
Jared J. Roberts
(Fl. Bar No. 1036550)
Jason C. Greaves
(Fl. Bar No. 1059179)
BINNAL LAW GROUP
717 King Street, Suite 200

     BRETT A. SHUMATE
     Assistant Attorney General
     Civil Division

     JONATHAN D. GUYNN
     Deputy Assistant Attorney General
     Torts Branch
     Civil Division

1

| | |
|---|---|
| Alexandria, Virginia | */s/ Stephen R. Terrell* |
| Phone (703) 888-1946 | STEPHEN R. TERRELL |
| jason@binnall.com | Attorney, Torts Branch |
| jared@binnall.com | United States Department of Justice |
| Counsel for Plaintiff | Civil Division |
| | Benjamin Franklin Station, P.O. Box 888 |
| | Washington, D.C. 20044 |
| | Telephone: (202) 616-4206 |
| | Email: kristin.b.mcgrory@usdoj.gov |
| | |
| | Attorneys for Defendant |

## CERTIFICATE OF SERVICE

I certify that on April 7, 2026, I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send an electronic notice of filing.

*/s/ Stephen R. Terrell*
Stephen R. Terrell
Attorney

2